M. P. No. 1717. LEONA B. JOHNSON *v.* WILLIAM R. JOHNSON. Motion to supplement the record as prayed is denied. *Edwards & Angell, Gerald W. Harrington,* for plaintiff-respondent. *Hetherington & Hetherington, Thomas G. Hetherington,* for defendant-petitioner.

M. P. No. 1824. GAIL DARCY *et al. v.* THOMAS G. CARREIRO. Motion for leave to file petition for writ of certiorari is granted. *Lynch, Walsh & Cobleigh, Gerard P. Cobleigh,* for petitioners. *Sheffield & Harvey, Brian G. Bardorf,* for respondent.

M. P. No. 1853. ANTHONY CARAN *et al. v.* ALVARO FREDA *et al., Members of Zoning Board of Review of Cumberland.* Motion for leave to file petition for writ of certiorari denied. *Lavine and Sutherland, Pamela M. Macktaz,* for petitioners. *Thomas J. Grady,* for Zoning Board of Review; *Francis R. Foley,* for remonstrants.

M. P. No. 1868. FRANCIS D. FOX *et ux. v.* JOHN H. NORBERG, *Tax Administrator.* Motion for leave to file petition for writ of certiorari is denied. *Francis D. Fox,* pro se, for petitioners. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer, Taxation, for respondent.

M. P. No. 1873. PETITION OF ELLEN S. KATZ. Petition for admission to the Rhode Island Bar to practice law before the courts of this state in all cases in which petitioner is associated with Rhode Island Legal Services, Inc. during the period of her association therewith is denied, without prejudice to the right of petitioner to again seek such admission after the Board of Bar Examiners shall first pass upon the petition for admission. *Ellen S. Katz,* petitioner, pro se.